

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NALAN SEKER SHAW, | § | No. 08-23-00122-CR |
| Appellant, | § | Appeal from the |
| v. | § | 175th Judicial District Court |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2022CR6815) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal.

IT IS SO ORDERED THIS 7TH DAY OF JULY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.